No. 64427.—Kurt Orban Company, Inc. v. United States, protest 59/25664 (San Francisco).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of nails, made of iron or steel, not less than 1 inch in length nor smaller than sixty-five one-thousandths of 1 inch in diameter, the claim at two-tenths of 1 cent per pound under paragraph 331, as modified, *supra*, was sustained.